1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DENNIS S. WAKS, BAR #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   BRETT CHARLES BURTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.S. 08-413-EJG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO EXTEND TIME FOR STATUS |
| v. | ) | CONFERENCE AND EXCLUDE TIME |
| | ) | |
| BRETT CHARLES BURTON, | ) | DATE: April 10, 2009 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Edward J. Garcia |

Defendant BRETT CHARLES BURTON by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, WILLIAM S. WONG, Assistant United States Attorney, hereby stipulate that the initial appearance/status conference set for February 27, 2009 be rescheduled for an initial appearance/status conference on Friday, April 10, 2009 at 10:00 a.m.

This continuance is being requested because the Federal Defenders Office was appointed to this case on December 18, 2008 and defense counsel requires additional time to receive and review discovery, discuss the case with the government, and pursue investigation.

1

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for April 10, 2009 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: February 24, 2009

                                      Respectfully Submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      /s/ Dennis S. Waks
                                      Supervising Assistant
                                      Federal Defender
                                      Attorney for Defendant
                                      BRETT CHARLES BURTON

DATED:  February 24, 2009    LAWRENCE G. BROWN
                                      Acting United States Attorney

                                      /s/  Dennis S. Waks for
                                      WILLIAM S. WONG
                                      Assistant U.S. Attorney

**SO ORDERED.**

Dated:  February 24, 2009

                                    /s/ Edward J. Garcia
                                  EDWARD J. GARCIA
                                  United States District Court Judge