```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DENNIS S. WAKS, BAR #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    BRETT CHARLES BURTON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.S. 08-413-EJG |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME FOR INITIAL APPEARANCE/CHANGE OF PLEA AND EXCLUDE TIME |
| v. | |
| BRETT CHARLES BURTON, | DATE: April 17, 2009 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Edward J. Garcia |

Defendant BRETT CHARLES BURTON by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, WILLIAM S. WONG, Assistant United States Attorney, hereby stipulate that the initial appearance/status conference set for April 10, 2009 be rescheduled for an initial appearance/change of plea on Friday, April 17, 2009 at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, discuss the case with the government and finalize a plea agreement.

Speedy trial time is to be excluded from the date of this

1

order through the date of the initial appearance/change of plea set for April 17, 2009 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: April 7, 2009

    Respectfully Submitted,

    DANIEL J. BRODERICK
    Federal Defender

    /s/ Dennis S. Waks
    Supervising Assistant
    Federal Defender
    Attorney for Defendant
    BRETT CHARLES BURTON

DATED: April 7, 2009     LAWRENCE G. BROWN
    Acting United States Attorney

    /s/ Dennis S. Waks for
    WILLIAM S. WONG
    Assistant U.S. Attorney

**SO ORDERED.**

Dated: April 8, 2009

    /s/ Edward J. Garcia
    EDWARD J. GARCIA
    United States District Court Judge