```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DENNIS S. WAKS, BAR #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    BRETT CHARLES BURTON
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.S. 08-413-EJG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO EXTEND TIME FOR INITIAL |
| v. | ) | APPEARANCE/CHANGE OF PLEA AND |
| | ) | EXCLUDE TIME |
| BRETT CHARLES BURTON, | ) | |
| | ) | DATE: May 15, 2009 |
| Defendant. | ) | Time: 10:00 a.m. |
| _____ | ) | Judge: Edward J. Garcia |

Defendant BRETT CHARLES BURTON by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, WILLIAM S. WONG, Assistant United States Attorney, hereby stipulate that the initial appearance/change of plea set for April 17, 2009 be rescheduled for an initial appearance/change of plea on Friday, May 15, 2009 at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, discuss the case with the government and finalize a plea agreement.

Speedy trial time is to be excluded from the date of this

1

order through the date of the initial appearance/change of plea set for April 17, 2009 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: April 15, 2009

                                        Respectfully Submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Dennis S. Waks
                                        Supervising Assistant
                                        Federal Defender
                                        Attorney for Defendant
                                        BRETT CHARLES BURTON

DATED: April 15, 2009       LAWRENCE G. BROWN
                                        Acting United States Attorney

                                        /s/ Dennis S. Waks for
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney

**SO ORDERED.**

Dated: <u>April 15</u>, 2009

                                        /s/ Edward J. Garcia
                                        EDWARD J. GARCIA
                                        United States District Court Judge