DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRETT CHARLES BURTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.S. 08-413-EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO ADVANCE SENTENCING |
| v. ) | |
| ) | DATE: July 17, 2009 |
| BRETT CHARLES BURTON, ) | Time: 10:00 a.m. |
| ) | Judge: Edward J. Garcia |
| Defendant. ) | |
| _____ | |

Defendant BRETT CHARLES BURTON by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, WILLIAM S. WONG, Assistant United States Attorney, hereby stipulate that the sentencing hearing set for July 31, 2009 be advanced for a judgment and sentencing on Friday, July 17, 2009, at 10:00 a.m.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Neither party has filed any objections to the presentence report. United States Probation Officer, Lori V. Clanton, has been advised on this date and has no objection to it.

DATED: July 9, 2009

                                        Respectfully Submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Dennis S. Waks
                                        Supervising Assistant
                                        Federal Defender
                                        Attorney for Defendant
                                        BRETT CHARLES BURTON

DATED:  July 9, 2009           LAWRENCE G. BROWN
                                        Acting United States Attorney

                                        /s/  Dennis S. Waks for
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney

**SO ORDERED.**

Dated: July 13, 2009

                                        /s/ Edward J. Garcia
                                        EDWARD J. GARCIA
                                        United States District Court Judge